In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00012-CV**
_____

**LYNN FREEMAN, Appellant**

**V.**

**CRAMER IRA, LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 138257**

**MEMORANDUM OPINION**

On January 9, 2023, Lynn Freeman filed a notice of appeal from a final judgment or order in Trial Cause Number 138257. Appellant has failed to file a brief. On March 28, 2023, we notified the parties that Appellant's brief had not been filed and that the appeal would be submitted without briefs unless we received Appellant's brief and a motion for extension by April 10, 2023, and we warned Appellant that the appeal could be dismissed for want of prosecution if the appeal was submitted without briefs. On April 21, 2023, we notified the parties that the

appeal would be submitted to the Court on May 12, 2023, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); *id.* 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 12, 2023
Opinion Delivered May 18, 2023

Before Golemon, C.J., Johnson and Wright, JJ.

2